IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| YUHE CHANG | § |
| | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:22-CV-392-BJ |
| | § |
| STATE FARM LLOYDS | § |

## FINAL JUDGMENT

Pending before the Court is the parties' Stipulation of Dismissal, filed November 28, 2022. Therefore, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims in the above-styled and numbered cause are **DISMISSED WITH PREJUDICE.** All costs under 28 U.S.C. § 1920 shall be taxed against the party that incurred them.

SIGNED November 28, 2022.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE